# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  RICHARD A. DEITER, JR.          §          Case No. 05-70963
       DONNA M. DEITER          §
                              §
           Debtors          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/08/2005.

2) The plan was confirmed on 05/13/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/24/2006.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/13/2009.

6) Number of months from filing or conversion to last payment: 46.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,650.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 20,465.63 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 20,465.63 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,981.23 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,340.47 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,321.70 |

Attorney fees paid and disclosed by debtor:          $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 2,200.00 | 3,981.23 | 3,981.23 | 3,981.23 | 0.00 |
| BENEFICIAL MORTGAGE CO OF | Sec | 1,000.00 | 904.00 | 904.00 | 904.00 | 0.00 |
| CITIFINANCIAL | Sec | 7,000.00 | 600.00 | 600.00 | 600.00 | 54.35 |
| CITIFINANCIAL | Uns | 0.00 | 7,701.60 | 7,701.60 | 2,761.41 | 0.00 |
| STILLMAN BANCORP N.A. | Sec | 1,000.00 | 493.09 | 493.09 | 493.09 | 0.00 |
| WELLS FARGO FINANCIAL | Sec | 3,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 90.62 |
| WELLS FARGO FINANCIAL | Uns | 0.00 | 1,932.74 | 1,932.74 | 692.99 | 0.00 |
| AMCORE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 9,000.00 | 9,716.71 | 9,716.71 | 3,483.93 | 0.00 |
| CAPITAL ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLIER RV CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 725.00 | 3,143.47 | 3,143.47 | 1,127.09 | 0.00 |
| HUDSON CITY SAVINGS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HUDSON RIVER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OSF COMMON BUSINESS OFFICE | Uns | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,350.00 | 2,350.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PERSONAL FINANCE COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 120.00 | 123.00 | 123.00 | 44.10 | 0.00 |
| RETAIL SERVICES | Uns | 2,800.00 | 2,800.00 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 2,355.65 | 2,355.65 | 844.62 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 2,500.00 | 1,345.84 | 1,345.84 | 482.55 | 0.00 |
| STATE COLLECTIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STRONG MEMORIAL HOSPITAL | Uns | 0.00 | 1,565.90 | 1,565.90 | 561.45 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 560.00 | 557.00 | 557.00 | 199.71 | 0.00 |
| STATE COLLECTION SERVICE INC | Uns | 220.00 | 225.66 | 225.66 | 80.91 | 0.00 |
| THOMAS ESTATE WEST | Uns | 0.00 | 2,282.20 | 2,282.20 | 818.28 | 0.00 |
| US CELLULAR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON WIRELESS | Uns | 770.00 | 631.45 | 631.45 | 226.40 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 1,300.00 | 1,057.27 | 1,057.27 | 379.08 | 0.00 |
| THOMAS ESTATE WEST | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 834.90 | 834.90 | 299.35 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,397.09 | $ 1,397.09 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,600.00 | $ 1,600.00 | $ 144.97 |
| **TOTAL SECURED:** | $ 2,997.09 | $ 2,997.09 | $ 144.97 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 33,473.39 | $ 12,001.87 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 5,321.70 |
| Disbursements to Creditors | $ 15,143.93 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 20,465.63 |

UST Form 101-13-FR-S (4/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.


Date:  04/21/2009                    By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (4/1/2009)**